**REESE LLP**
Sue J. Nam (State Bar No. 206729)
Michael R. Reese (State Bar No. 206773)
*snam@reesellp.com*
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile:  (212) 253-4272

*Counsel for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| BLAINE HARRINGTON III, *on behalf of himself and all others similarly situated*,<br><br>                              Plaintiff,<br><br>     vs.<br><br>PINTEREST, INC.,<br><br>                              Defendant. | CASE NO.: 5:20-cv-05290-EJD<br><br>**DECLARATION OF SUE J. NAM IN OPPOSITION TO DEFENDANT PINTEREST, INC.'S MOTION TO DISMISS COUNT II OF THE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>DATE:    March 17, 2022<br>TIME:    9:00 a.m.<br>DEPT:    Courtroom 4, 5th Floor<br>JUDGE:  Hon. Edward J. Davila. |

I, Sue J. Nam, pursuant to 28 U.S.C. §1746 and under penalty of perjury, hereby declare as follows:

1.     I am an attorney at Reese LLP, counsel for Plaintiff Blaine Harrington III ("Plaintiff") in the above captioned action. I am a member in good standing of the bar of the United States District Court for the Northern District of California, among other federal districts and circuits, and a member in good standing of the state bars of California and New York.

2.     I respectfully submit this declaration in support of Plaintiff's Opposition to Defendant Pinterest Inc.'s Motion to Dismiss Count II of the Second Amended Class Action Complaint, filed concurrently herewith. Except as otherwise noted, the facts set forth in this declaration are based in part upon my personal knowledge, and I would competently testify to them if called upon to do so.

3.     Attached hereto as Exhibit A is a true and correct copy of the Declaration of Henry Lien in Support of Plaintiff's Motion to Seal Confidential Information, dated November 12, 2021, filed in *Davis v. Pinterest*, Case No. 4:19-cv-07650-HSG (N.D. Cal.), ECF. No. 170.

4.     Attached hereto as Exhibit B is a true and correct copy of the Declaration of Henry Lien in Support of Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, dated November 24, 2021, filed in *Davis*, ECF. No. 175.

5.     Attached hereto as Exhibit C is a true and correct copy of the Declaration of Andrew T. Kramer in Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, dated December 3, 2021, filed in *Davis*, ECF. No. 179.

6.     Attached hereto as Exhibit D is a true and correct copy of the Stipulated Protective Order entered in *Davis*, ECF. No. 70.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 20, 2021 in New York, New York.

*/s/Sue J. Nam*
Sue J. Nam