# EXHIBIT B

DAVID H. KRAMER, State Bar No. 168452
THOMAS R. WAKEFIELD, State Bar No. 330121
ANDREW KRAMER, State Bar No. 321574
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: twakefield@wsgr.com
Email: akramer@wsgr.com

Attorneys for Defendant
PINTEREST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAROLD DAVIS,<br><br>  Plaintiff,<br><br>  v.<br><br>PINTEREST, INC.,<br><br>  Defendant. | CASE NO.: 4:19-cv-07650-HSG<br><br>**DECLARATION OF HENRY LIEN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

I, Henry Lien, declare:

1. I am an Assistant General Counsel of Intellectual Property and Content for Defendant Pinterest, Inc. ("Pinterest" or the "Company"). Pursuant to Local Rules 79-5(c)(1)-(2) and 79-5(f)(3), I submit this Declaration in Support of Plaintiff's Administrative Motion To Consider Whether Another Party's Material Should Be Sealed (the "Sealing Motion"). I make each of the following statements based on my personal knowledge, and if called as a witness, I could and would testify competently to the truth of each of them.

2. Plaintiff filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (the "Sealing Motion", ECF 172), concurrently with its Opposition to Defendant Pinterest, Inc.'s Motion for Summary Judgment (the "Opposition", ECF 171) and the accompanying Declaration of Charles D. Moore in Support of the Opposition ("Moore Opp. Declaration", ECF 173)[1]. Certain sections of the Opposition, Moore Opp. Declaration, and the exhibits thereto were redacted on the ground that Pinterest had designated the information in them under the Protective Order in this matter (ECF 70). See ECF 172 at 1:6-11; 1:14-3:12; 3:16-22. This declaration respectfully requests that the Court seal more limited portions of Exhibit D to the Moore Opp. Declaration.

3. Compelling reasons exist to seal limited portions of Exhibit D to the Moore Opp. Declaration that contains personally identifiable information ("PII") of current and former employees of Pinterest. Specifically, Pinterest seeks to seal only the names of individuals found on the following pages of Exhibit D: PINTEREST - 0002573, PINTEREST - 0002574, PINTEREST - 0002600, PINTEREST - 0002604 and PINTEREST - 0002607. Pinterest seeks to seal this personal information in consideration of the privacy interests of its employees and to protect them from unwanted contact from third parties. This information does not bear on Plaintiff's motion opposing summary judgment, and the public should have no interest in it.

---

[1] It appears that the Moore Opp. Declaration was filed twice, both as an attachment to ECF 171 and at ECF 173. To the extent it appears twice on the docket, Pinterest seeks to seal the same limited portions of both documents.

4. Compelling reasons also exist to seal limited portions of Exhibit D to the Moore Opp. Declaration containing confidential information regarding Pinterest's machine learning models for Homefeed ranking. Specifically, Pinterest seeks to seal two pages, PINTEREST - 0002603 and PINTEREST - 0002607, of Exhibit D because these pages contain confidential information concerning Pinterest's proprietary methodology for building, training, and evaluating the algorithms used to provide its users with access to content on the service. For example, PINTEREST - 0002603 is a visual representation of Pinterest's data mapping, which specifically identifies source databases by name and shows how training data is generated and combined to create recommendations for users. While Pinterest has chosen to make other information about its technological solutions for Homefeed ranking public, it has specifically chosen to keep this information private. That is because if Pinterest's competitors were able to learn this information, they would reap the benefits of Pinterests' efforts and investment without having to invest the same time and resources developing their own technological solutions, algorithms, and strategies, depriving Pinterest of a competitive advantage it has earned through its investment and its employees' labor. For these reasons, Pinterest believes the identified portions of Exhibit D should remain under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 24th day of November 2021, at Lafayette, California.

                                                      */s/ Henry Lien*
                                                      Henry Lien

**ATTORNEY ATTESTATION**

I am the ECF User whose ID and password are being used to file this Declaration. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from the other signatory.

                                      By: */s/ David H. Kramer*
                                               David H. Kramer