# EXHIBIT C

DAVID H. KRAMER, State Ber No. 168452
THOMAS R. WAKEFIELD, State Bar No. 330121
ANDREW KRAMER, State Bar No. 321574
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: dkramer@wsgr.com
Email: twakefield@wsgr.com
Email: akramer@wsgr.com

Attorneys for Defendant
PINTEREST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAROLD DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PINTEREST, INC.,<br><br>　　　　Defendant. | CASE NO.: 4:19-cv-07650-HSG<br><br>**DECLARATION OF ANDREW T. KRAMER IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Hon. Haywood S. Gilliam, Jr. |

I, Andrew T. Kramer, declare:

1. I am an attorney duly licensed to practice before this Court. I am an associate with the law firm of Wilson, Sonsini, Goodrich & Rosati, P.C., counsel of record for Defendant Pinterest, Inc. ("Pinterest"). I submit this declaration pursuant to Local Rule 79-5(f) in response to Plaintiff Harold Davis' ("Plaintiff") Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 177). I am over the age of 18 and competent to make this declaration. I make each of the following statements based on my personal knowledge and I could, if necessary, testify to the truth of each of them.

2. Plaintiff's Motion requests sealing (1) portions of his Reply in Support of His Motion for Partial Summary Judgment (ECF No. 176); (2) portions of the Declaration of Charles D. Moore in Support of Plaintiff's Reply (ECF No. 176-1); and (3) Exhibit B to the Moore Declaration in Support of Plaintiff's Reply. Plaintiff states that these documents contain information that during discovery, Pinterest designated as confidential under the Protective Order entered in this action.

3. Pinterest does not contend that the above-referenced documents should remain under seal as part of these summary judgment proceedings.

I declare under penalty of perjury under the laws for the United States that the foregoing is true and correct. Executed this 3rd day of December 2021, at San Francisco, California.

By: /s/ Andrew T. Kramer
Andrew T. Kramer

**ATTORNEY ATTESTATION**

I am the ECF User whose ID and password are being used to file this Declaration. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from the other signatory.

By: /s/ David H. Kramer
David H. Kramer