1   DAVID H. KRAMER, SBN 168452
    Email: dkramer@wsgr.com
2   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
3   650 Page Mill Road
    Palo Alto, CA 94304-1050
4   Telephone:  (650) 493-9300

5   *Counsel for Defendant*

SUE J. NAM, SBN 206729
Email: snam@reesellp.com
MICHAEL R. REESE, SBN 206773
Email: mreese@reesellp.com
REESE LLP
100 West 93rd Street, 16th Floor
New York, NY 10025
Telephone:  (212) 643-0500

CHARLES D. MOORE
Email: cmoore@reesellp.com
REESE LLP
100 South 5th Street, Suite 1900
Minneapolis, MN 55402
Telephone:  (701) 390-7214

*Counsel for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MAUREEN HARRINGTON, as the
representative of the Estate of Blaine Harrington
III, and HAROLD DAVIS, on behalf of
themselves and others similarly situated,

   Plaintiffs,

  v.

PINTEREST, INC.,

   Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.:  5:20-cv-05290-EJD

**JOINT STIPULATION AND
[PROPOSED] ORDER TO SET
BRIEFING SCHEDULE FOR
DEFENDANT'S ANTICIPATED
MOTION TO DISMISS THE THIRD
AMENDED COMPLAINT AND TO
STAY DISCOVERY**

Civil Local Rule 6-2

Complaint Filed:  March 4, 2024

Honorable Edward J. Davila

Pursuant to Civil Local Rule 6-2, Plaintiffs Maureen Harrington and Harold Davis ("Plaintiffs") and Defendant Pinterest, Inc. ("Pinterest") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs brought this action on July 31, 2020, ECF No. 1;

WHEREAS, on March 4, 2024, Plaintiffs filed a Third Amended Complaint ("TAC"), ECF No. 88;

WHEREAS, Defendant intends to file a motion to dismiss the TAC;

WHEREAS, the Parties have conferred on, and agreed to, a briefing schedule for Defendant's anticipated motion to dismiss the TAC to enable the Parties to fully address the merits while accommodating counsels' existing schedules;

WHEREAS, the Parties have not previously sought any extension of the time for Defendant to respond to the TAC;

Therefore, IT IS HEREBY STIPULATED by and between the Parties, and with the Court's approval, that:

1.  Defendant shall have until April 11, 2024 to file its motion to dismiss, or otherwise respond to, the TAC;

2.  Plaintiffs shall have until May 27, 2024 to respond to any motion to dismiss;

3.  Defendant shall have until June 17, 2024 to file its reply;

4.  Discovery shall be stayed until the Court resolves Defendant's motion to dismiss the TAC.

1

Respectfully submitted,

2

Dated:  March 6, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

3

4

By:  /s/ David H. Kramer
David H. Kramer
dkramer@wsgr.com

5

6

*Counsel for Defendant*

7

Dated:  March 6, 2024

REESE LLP

8

By:  /s/ Michael R. Reese
Michael R. Reese
mreese@reesellp.com

9

10

*Counsel for Plaintiffs and the Proposed Classes*

11

**ATTESTATION**

12

I, David H. Kramer, am the ECF User whose identification and password are being used to

13

file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the

14

concurrence in the filing of this document has been obtained from the other signatory.

15

By:  /s/ David H. Kramer
David H. Kramer

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED]**

2

**ORDER**

3

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

4

   1.  Defendant shall have until April 11, 2024 to file its motion to dismiss, or otherwise respond

5

      to, the Third Amended Complaint;

6

   2.  Plaintiffs shall have until May 27, 2024 to respond to any motion to dismiss;

7

   3.  Defendant shall have until June 17, 2024 to file its reply;

8

   4.  Discovery shall be stayed until the Court resolves Defendant's motion to dismiss the Third

9

      Amended Complaint.

10

11

Dated:_____, 2024

                         _____

12

                         HONORABLE EDWARD J. DAVILA
                         United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28