UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAUREEN HARRINGTON, et al., <br>     Plaintiffs, <br> v. <br> PINTEREST, INC., <br>     Defendant. | Case No. 5:20-cv-05290-EJD <br><br> **ORDER REGARDING CASE SCHEDULE** |

The Court is in receipt of the parties' Joint Case Management Statement. ECF No. 104. The Court finds it appropriate to resolve the dispute regarding whether Pinterest's conduct is protected under the DMCA safe-harbor provision through an early summary judgment motion. The Court **ORDERS** the parties to meet and confer regarding a proposed briefing schedule and file a joint statement and proposed order by February 18, 2025.

**IT IS SO ORDERED.**

Dated: February 14, 2025

EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-05290-EJD
ORDER REGARDING CASE SCHEDULE
1