DAVID H. KRAMER, SBN 168452
Email: dkramer@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300

*Counsel for Defendant*

SUE J. NAM, SBN 206729
Email: snam@reesellp.com
MICHAEL R. REESE, SBN 206773
Email: mreese@reesellp.com
REESE LLP
100 West 93rd Street, 16th Floor
New York, NY 10025
Telephone: (212) 643-0500

CHARLES D. MOORE
Email: cmoore@reesellp.com
REESE LLP
100 South 5th Street, Suite 1900
Minneapolis, MN 55402
Telephone: (701) 390-7214

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAUREEN HARRINGTON, as the representative of the Estate of Blaine Harrington III, and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PINTEREST, INC.,<br><br>    Defendant. | CASE NO.: 5:20-cv-05290-EJD<br><br>**JOINT STATEMENT AND [PROPOSED] ORDER**<br><br>Honorable Edward J. Davila |

In its February 14, 2025 Order (ECF No. 105), the Court directed the Parties to propose a briefing schedule for an early summary judgment motion regarding whether the Digital Millennium Copyright Act's ("DMCA") safe harbors shield Pinterest from Plaintiff's claim in the Third Amended Complaint. The Parties have met and conferred. Without taking a position on the other party's proposal:

Pinterest proposes to file its opening brief on or before March 31, 2025.

Plaintiff proposes to file an opposition on or before May 30, 2025.

Pinterest proposes to file a reply sixteen days after Plaintiff's opposition.

Respectfully submitted,

Dated:  February 18, 2025  

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  */s/ David H. Kramer (with permission)*
       David H. Kramer
       dkramer@wsgr.com

*Counsel for Defendant*

REESE LLP

Dated:  February 18, 2025  

By:  */s/ Michael R. Reese*
       Michael R. Reese
       mreese@reesellp.com

*Counsel for Plaintiff*

**ATTESTATION**

I, Michael R. Reese, am the ECF User whose identification and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the other signatory.

By:  */s/ Michael R. Reese*
       Michael R. Reese

# [PROPOSED]
# ORDER

In its February 14, 2025 Order (ECF. No. 105), the Court directed the Parties to file a joint statement proposing a briefing schedule for an early summary judgment motion from Pinterest based on the safe harbors of the Digital Millennium Copyright Act. Having considered the Parties' Joint Statement, and good cause appearing, the Court HEREBY ORDERS THAT:

1. Pinterest shall file its motion for summary judgment by _____;
2. Plaintiff shall file an opposition by _____;
3. Pinterest shall file any reply by _____;
4. The motion will be heard on ___, 2025 at 9:00 a.m. PT

**IT IS SO ORDERED**

Dated:_____, 2025         _____
                                 HONORABLE EDWARD J. DAVILA
                                 United States District Judge