# EXHIBIT J

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

DAVID H. KRAMER, State Bar No. 168452
THOMAS R. WAKEFIELD, State Bar No. 330121
ANDREW KRAMER, State Bar No. 321574
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:      dkramer@wsgr.com
Email:      twakefield@wsgr.com
Email:      akramer@wsgr.com

Attorneys for Defendant
PINTEREST, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HAROLD DAVIS,<br><br>                  Plaintiff,<br><br>          v.<br><br>PINTEREST, INC.,<br><br>                  Defendant. | CASE NO.:  4:19-cv-07650-HSG<br><br>**DECLARATION OF HENRY LIEN IN SUPPORT OF DEFENDANT PINTEREST, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: December 9, 2021<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2<br><br>Complaint Filed: November 20, 2019 |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

I, Henry Lien, declare:

1.    I am an Assistant General Counsel of Intellectual Property and Content for Defendant Pinterest, Inc. ("Pinterest" or the "Company"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently to them.

2.    I have been a lawyer at Pinterest since 2015 and am familiar with Pinterest's past and present copyright-related operations, including the creation and implementation of its copyright policies and procedures that are relevant to this litigation. Since joining Pinterest in 2015, I have spent a considerable amount of my time working on copyright-related issues, including working with the company's product, engineering, and operations teams to develop and implement effective tools and processes to enable copyright holders to control the use of their content on Pinterest.

3.    During my tenure at the Company, content owners have routinely informed Pinterest that they are pleased to have their content on the service because of the exposure that Pinterest provides them. Indeed, artists, photographers, and other creators seeking to share their works with the world represent a core group of our users. Nevertheless, Pinterest realizes that some content owners do not want their content on the service and has invested millions of dollars on technologies and teams of employees directed to helping copyright holders protect their works.

**Pinterest's User Education**

4.    A key component of Pinterest's approach to protecting copyright holders is to educate its users. Through multiple means, Pinterest notifies users that they are prohibited from uploading to the service any copyrighted content to which they do not hold the rights and strives to teach users how to abide by that prohibition.

5.    Pinterest enables users to create visual bookmarks (or "Pins") that incorporate content that inspires them (e.g., images and videos). To do this, users can upload specified content to the Pinterest service (either directly from their devices or from third-party websites)

1   and provide information about the content, such as a title, description, and link to the online

2   source of the content.

3        6.      Before being permitted to upload content to the service, an individual must first

4   register for our service. As part of the registration process, users must accept Pinterest's Terms

5   of Service. A true and correct copy of our current Terms of Service is located at

6   https://policy.pinterest.com/en/terms-of-service and is attached to this declaration as **Exhibit 1**

7   with the Bates number PINTEREST - 0000011. These terms of service contain a prominent

8   section titled "Copyright policy," which notifies the viewer of their obligation to respect the

9   copyrights of others and directs them to Pinterest's Copyright Policy webpage, which reiterates

10  Pinterest's commitment to protecting copyrights and provides individuals with information about

11  Pinterest's policies and procedures under 17 U.S.C. § 512 of the Digital Millennium Copyright

12  Act ("DMCA"). This section of Pinterest's Terms of Service (and the condition that the terms be

13  accepted before a user can save content) has been in force in essentially the same manner since at

14  least November 1, 2016.

15       7.      As part of its Terms of Service, Pinterest also includes Community Guidelines

16  that users agree to abide by. These guidelines include a prominent section titled "Intellectual

17  property and other rights" that emphasizes Pinterest's explicit prohibition on users saving

18  copyrighted material that they do not have the right or authorization to share:

19       To respect the rights of people on and off Pinterest, please:

20       •   Don't infringe anyone's intellectual property, privacy or other rights.
         •   Don't do anything or post any content that violates laws or regulations.
21

22  These portions of the Community Guidelines (and the condition that they be accepted before a

23  user can save content) have been in force in essentially the same manner since I arrived at the

24  Company. A true and correct copy of Pinterest's current Community Guidelines is located at

25  https://policy.pinterest.com/en/community-guidelines and is attached to this declaration as

26  **Exhibit 2**.

27

28

8.     Beyond the express agreements Pinterest obtains from users, Pinterest also publicly posts a "Copyright Primer," which gives users practical guidance on the basics of copyright law. The primer links to the United States Copyright Office website and World Intellectual Property Organization website for more information. It also provides lessons on the scope of copyright ownership and the scope of copyright protection. Pinterest's Copyright Primer has been made readily available to users in substantively the same manner since at least the beginning of 2016. A true and correct copy of Pinterest's current Copyright Primer is located at https://help.pinterest.com/en/article/copyright and is attached to this declaration as **Exhibit 3** with the Bates number PINTEREST - 0000038.

**Pinterest and the DMCA**

9.     One of the principal ways in which Pinterest has sought to support the interests of copyright holders is by developing robust procedures for complying with the DMCA. Under that statute, broadly speaking, qualifying online services like Pinterest are granted safe harbor from claims of copyright infringement. At the same time, the statute enables copyright holders to request and obtain the removal from an online service of content that allegedly infringes their copyrights without the need for them to pursue judicial proceedings.

Pinterest's Registered DMCA Agent

10.     At least since I joined the Company in 2015, Pinterest has designated an agent to receive notices from copyright holders of alleged copyright infringement occurring on its service and has provided that agent's contact information to the United States Copyright Office and posted it prominently on its website at Pinterest's "Copyright Policy" page, currently located at https://policy.pinterest.com/en/copyright. The Copyright Policy page has included this information, as well as information regarding Pinterest's notice-and-takedown procedures and repeat infringer policy (discussed below), since I arrived at the Company. A true and correct copy of Pinterest's current Copyright Policy page is attached as **Exhibit 4** with the Bates number PINTEREST - 0001074. Pinterest also makes its designated agent's information available through the DMCA Designated Agent Directory located at https://dmca.copyright.gov/osp/.

Pinterest's Notice and Takedown Procedure

11.     To assist copyright holders in providing notices of alleged infringement, we have listed on our "Copyright Policy" page (Exhibit 4) the information that the DMCA requires (and that we request) copyright holders provide to Pinterest in a notice of alleged infringement to enable Pinterest to locate and remove allegedly infringing content.

12.     In addition to processing DMCA notices received by postal mail, email, or fax, Pinterest has developed an online "Copyright Infringement Notification" form that walks content owners step-by-step through the process of sending us a DMCA notice. A true and correct copy of that form is attached to this declaration as **Exhibit 5** with the Bates number PINTEREST - 0000008. A user can access that form either by navigating directly to the webpage, located at https://www.pinterest.com/about/copyright/dmca-pin/, or by using the "Report Pin" functionality that Pinterest also offers on every Pin on the service that enables users to easily alert Pinterest that the user believes the content infringes his or her copyrights. *See* Pinterest, *Report something on Pinterest, Pinterest Help Center*, https://help.pinterest.com/en/article/report-something-on-pinterest. There, they can submit to Pinterest a notification form, automatically populated with information about the subject Pin, to serve as a DMCA takedown notice. Pinterest then treats the form in accordance with its standard DMCA procedures. *See infra*, ¶¶ 13-20.

13.     Once Pinterest receives a notification of alleged infringement that substantially complies with the DMCA's requirements, it acts promptly to remove the identified material from our service or disable access to it. We employ a team that manually reviews submitted DMCA notices and assists copyright holders and users with issues arising from the notice process. In general, for most DMCA notices, we disable access to the identified content within one business day. We do so using automated tools that Pinterest has created at great expense to execute the technical process of disabling access to the content.

14.     Beyond simply disabling access to the content on the service when it has been the subject of a valid DMCA notice, we also email/contact the user who uploaded the content as part of our user education program to: (a) apprise them of the allegation; (b) direct them to Pinterest's

1    Copyright Policy page (Exhibit 4); and (c) warn them that repeated acts of copyright

2    infringement will result in the termination of their Pinterest account.

3        15.    Pinterest currently employs 8 individuals on its "IP Ops" team, which is

4    responsible for reviewing and responding to DMCA takedown notices that Pinterest receives

5    requesting the removal of content from the service. The IP Ops team strives to act on DMCA

6    takedown notices accurately and within one business day of Pinterest's receipt of each notice. In

7    practice, removals of allegedly infringing content are usually much faster than that.

8            <u>Pinterest's Repeat Infringer Policy and Termination of Alleged Repeat Infringers</u>

9        16.    Pinterest has had a policy of terminating the accounts of alleged repeat infringers

10   at least since I arrived at the Company. As a general matter, its policy applies "strikes" to users

11   based on notices of alleged infringement and imposes increased sanctions on a user for each

12   "strike", culminating in termination of users from the service at the fourth strike. In general, if a

13   Pinterest user receives three distinct and valid DMCA takedown notices for allegedly infringing

14   content that they have saved, Pinterest will temporarily freeze the user account for fourteen days,

15   preventing the user from saving or changing any content on their account. If a user receives a

16   fourth strike, Pinterest will terminate the user's account.

17       17.    Pinterest has tailored its general four-strikes policy in various ways that, from

18   experience, it has deemed appropriate to balance the interests of copyright holders and users of

19   its service. For example, Pinterest's repeat infringer policy provides for the termination of any

20   user account at Pinterest's discretion and without warning to the user in appropriate

21   circumstances, without regard to the number of strikes a user has accumulated, such as where

22   Pinterest determines that the user's infringement is willful or was committed in bad faith. █

23   ██████████████████████████████████████████████████████

24   ████████████████████████████████████████████████████████

25   ██████████████████████████████████████████████████████

26   ████████████████████████████████████████████████████ If

27   a user "counters" a given notice in accordance with Section 512(g) of the DMCA or successfully

28

1    appeals a strike through Pinterest's established procedures, that notice is not counted as a strike

2    against the user under Pinterest's policy absent further proceedings by the complaining party.

3    ████████████████████████████████████████████████████████████████

4    ████████████████████████████████████████████████████████████

5    ██████████████████████    Finally, Pinterest has established a Responsible Enterprises Policy

6    for a handful of rights holders that upload large volumes of content to the service, providing

7    them with additional time to counter notice or appeal a strike before termination, provided they

8    establish and maintain responsible copyright practices with respect to the content they upload.

9    All of these aspects of Pinterest's repeat infringer policy reflect Pinterest's years of experience

10    with its users, content owners and the DMCA process as applied to its service.

11        18.    Users are notified of Pinterest's policy of terminating repeat infringers on

12    Pinterest's (1) "Copyright Policy" page (Exhibit 4), which is incorporated and linked in its

13    Terms of Service (Exhibit 1); and (2) via emails when they are notified that content they have

14    saved to the service has been disabled due to alleged copyright infringement. A true and correct

15    redacted copy of Pinterest's current Repeat Infringer Policy is attached to this declaration as

16    **Exhibit 6** with the Bates number PINTEREST - 0001037. This policy has existed in

17    substantially the same form since at least November 1, 2016, save for a later addition regarding

18    the Responsible Enterprises Policy.

19        19.    Pinterest regularly enforces its repeat infringer policy. For example, in the month

20    pre-dating the filing of this action, Pinterest terminated approximately 1,000 user accounts for

21    copyright strikes assessed under our repeat infringer policy. This termination figure, however,

22    represents only a tiny fraction of Pinterest's user base. Pinterest had more than 300 million

23    monthly active users in the quarter pre-dating the filing of this action.

24        20.    When a user's account is terminated for violation of Pinterest's repeat infringer

25    policy, there are several ramifications. First, the account can no longer be accessed or used for

26    any purpose on the service; among other things, the user cannot save additional content, create

27    boards, or post comments. Second, Pinterest takes down *all* Pins created on the service using the

28

1   terminated account—including Pins that were not subject to any DMCA notice. Pinterest takes

2   this protective step even though it results in the removal of large volumes of Pins that the user

3   may have had every right to upload and against which no allegation of copyright infringement

4   has been made. Third, Pinterest prevents the user from subsequently creating another account

5   using the email address associated with the terminated account. These measures reflect a

6   considered balance of our desire to enforce our policy and our desire to keep Pinterest open to

7   those wishing to share content legitimately.

8           Standard Technical Measures

9           21.     Pinterest is not aware of any technical measures that are used by copyright owners

10  to identify or protect copyrighted works and that (1) have been developed pursuant to a broad

11  consensus of copyright owners and service providers in an open, fair, voluntary, multi-industry

12  standards process; (2) are available to any person on reasonable and nondiscriminatory terms;

13  and (3) do not impose substantial costs on service providers or substantial burdens on their

14  systems or networks. If there were technical measures that qualified as a "standard technical

15  measure" pursuant to 17 U.S.C. § 512(i)(2), Pinterest would almost certainly adopt it. That is

16  clear from the fact that Pinterest has spent considerable monetary and personnel resources to

17  develop the Content Claiming Portal, its own proprietary system to help copyright holders

18  control whether and how their works appear on the service. *See infra*, ¶¶ 22-23.

19              **Pinterest's Copyright-Protective Measures Beyond the DMCA**

20          22.     Beyond all the measures described above, Pinterest publicly launched its Content

21  Claiming Portal in April 2021. The proprietary technologies powering the Content Claiming

22  Portal took years of work to develop at a cost of millions of dollars. Through the Portal, content

23  owners are able to automatically and at scale control whether and how their works are used on

24  the service.

25          23.     Approved rights holders may submit to Pinterest digital reference files of their

26  protected works that Pinterest uses to automatically identify matching content that users save to

27  the service. Content owners also set policies for Pinterest to apply in the event Pinterest finds a

28

match for a given reference file. Among other things, a rights holder can instruct Pinterest to (1) remove all existing and future Pins with images that match the reference files ("Matched Pins"); (2) allow only Matched Pins that were originally saved by the rights holder; or (3) allow only Matched Pins that link back to the rights holder's claimed website.

24.    In addition to its Content Claiming Portal, Pinterest also has long offered a "No Pin" code that prevents images from being saved to the service from websites that have embedded the code. The "No Pin" code is readily available to the public via Pinterest's website at https://help.pinterest.com/en/business/article/prevent-saves-to-pinterest-from-your-site. When a user tries to save an image to Pinterest from a website that has embedded the "No Pin" code, the user is presented a customizable message informing them that the content cannot be saved to Pinterest.

25.    Pinterest also offers copyright holders an enhancement on the ordinary DMCA process. A content owner that identifies an instance of material on the service that allegedly infringes their copyrights may, in their DMCA notices to Pinterest, request the removal not just of the specific allegedly infringing Pin they found but all then-existing Pins that display that same image. This "Remove All" function is made available with the click of a button in Pinterest's Copyright Infringement Notification form. Pinterest's Copyright Policy (Exhibit 4) further describes the "Remove All" function and details how users can request it when sending DMCA takedown notices via email (as opposed to using Pinterest's Copyright Infringement Notification form).

**Communications Between Pinterest and Davis**

26.    From my work on this case, I understand that Plaintiff Harold Davis is a photographer. I understand that he has in the past sent three DMCA takedown notices to Pinterest. In each instance, Pinterest responded within two days by removing from public access the content identified in those notices.

27.    Mr. Davis sent his first DMCA takedown notice to Pinterest via email on September 29, 2015, alleging that his "Cherry Branch on White" image had been saved to the

1   service without his authorization. Pinterest responded that same day, informing Mr. Davis that

2   the image had been disabled from public access. A true and correct copy of Mr. Davis'

3   September 29, 2015 DMCA Notice and Pinterest's response, which I am informed and believe

4   was marked and authenticated as Exhibit 87 during the August 19, 2021 deposition of Harold

5   Davis, is attached as **Exhibit 7** with the Bates number DAVIS-00000379. Pinterest promptly

6   disabled from public access the allegedly infringing content that Mr. Davis identified in his

7   September 29, 2015 DMCA notice.

8         28.    On February 22, 2016, Mr. Davis sent a second DMCA takedown notice to

9   Pinterest via email, this time regarding the appearance of his "Kiss from a Rose" image on the

10  service. Pinterest responded within two days, informing Mr. Davis that the image had been

11  disabled from public access. A true and correct copy of Mr. Davis' February 22, 2016 DMCA

12  Notice and Pinterest's February 24, 2016 response, which I am informed and believe was marked

13  and authenticated as Exhibit 88 during the August 19, 2021 deposition of Harold Davis, is

14  attached as **Exhibit 8** with the Bates number DAVIS-00000387. Pinterest promptly disabled

15  from public access the allegedly infringing content that Mr. Davis identified in his February 22,

16  2016 DMCA notice.

17        29.    On Saturday, March 23, 2019, Mr. Davis sent a third takedown notice to Pinterest

18  via email, alleging that his "Clematis II" image was on the service without his authorization.

19  Pinterest responded within two days, informing Mr. Davis that the image had been disabled from

20  public access. A true and correct redacted copy of Mr. Davis' March 23, 2019 DMCA Notice

21  and Pinterest's March 25, 2019 response, which I am informed and believe was marked and

22  authenticated as Exhibit 90 during the August 19, 2021 deposition of Harold Davis, is attached

23  as **Exhibit 9** with the Bates number PINTEREST - 0000736. Pinterest promptly disabled from

24  public access the allegedly infringing content that Mr. Davis identified in his March 23, 2019

25  DMCA notice. Pinterest heard nothing further from Mr. Davis regarding any issue with its

26  handling of these DMCA notices.

27

28

30.     On April 17, 2019, Mr. Davis sent Pinterest's CEO an unsolicited email complaining generally about the alleged infringement of his images on the service. A true and correct copy of that email, which I am informed and believe was marked and authenticated as Exhibit 96 during the August 19, 2021 deposition of Harold Davis, is attached to this declaration as **Exhibit 10** with the Bates number DAVIS-00000311.

31.     A Pinterest employee, Ally Boutelle, responded to Mr. Davis' email and corresponded with him via email between late April and early June 2019. I helped draft the emails that Ms. Boutelle sent to Mr. Davis. In those emails, Pinterest repeatedly asked Mr. Davis to identify the specific material on the service that he contended was infringing so that Pinterest could remove it. Pinterest also offered Mr. Davis several tools to keep unwanted instances of his images off the service. For example, Pinterest informed Mr. Davis of Pinterest's "No Pin" code, directed Mr. Davis to the webpage that provides the code, and even offered to block Mr. Davis' images from being uploaded from third-party websites if he would identify the websites from which he did not want his images uploaded. Pinterest also asked Mr. Davis to provide electronic reference files of his images so that Pinterest could use the image matching technology it was then developing to "hunt down all instances of [his] images" on the service and prevent those same images from being uploaded to the service in the future. Mr. Davis responded by calling Pinterest's overtures "patronizing." He also made clear that he did not want his images removed, saying that "neither I nor Pinterest benefit if my images are simply removed."

32.     At no point during the email exchange between Pinterest and Mr. Davis did Mr. Davis identify any specific allegedly infringing content on Pinterest (despite Pinterest's requests for that information) or avail himself of any of the copyright-protective tools Pinterest offered. A true and correct redacted copy of that email thread between Ms. Boutelle and Mr. Davis, which I am informed and believe was marked and authenticated as Exhibit 97 during the August 19, 2021 deposition of Harold Davis, is attached to this declaration as **Exhibit 11** with the Bates number PINTEREST - 0000633.

33.     On June 5, 2019, I joined a telephone call with Mr. Davis and Pinterest's Ms. Boutelle that we had requested to reiterate our desire to assist him. During that call, I again requested that Mr. Davis identify the specific content on the service that caused him concern and reiterated Pinterest's earlier offers to employ proprietary tools to identify and remove Mr. Davis' works from the service. Mr. Davis brushed those offers and requests for information aside, and did not identify for us any instance of alleged infringement of his works on Pinterest before bringing this action.

### Content at Issue in this Case

34.     I understand that, on June 4, 2021, Mr. Davis provided to Pinterest in this litigation a spreadsheet bearing the Bates number DAVIS-00005388 (the "June 4 Spreadsheet"). I understand that the spreadsheet identifies Pins that Mr. Davis contends infringed various of his photographs. Based on a review of Pinterest's business records that are regularly kept in the regular course of business, I identified the dates on which certain Pins included in the June 4 Spreadsheet were (1) created by Pinterest's users; and (2) removed from public access by Pinterest. I also identified the dates on which the JPEG image files that serve the images appearing in those Pins were first saved on Pinterest's computer network.

35.     Attached to this declaration as **Exhibit 12** is a true and correct copy of a document produced by Pinterest in this action bearing the Bates number PINTEREST - 0002361 that accurately reflects the dates that those Pins, as well as the JPEG files that serve them, were first saved on Pinterest's computer network. Column A shows the unique identification number for each Pin. Column B shows the date that each Pin was created by a Pinterest user. Column C shows the date that each Pin was removed from public access. Column D shows the date that the JPEG image files in each Pin were first saved on the service.

36.     In addition to the Pins identified in Exhibit 12 to this declaration, the June 4 Spreadsheet identified JPEG files for three other images (not shown in any of the Pins in Exhibit 12) for which no specific associated Pin was identified. Based on a review of Pinterest's business

1  records that are regularly kept in the regular course of business, I identified the date on which

2  each of those three JPEG files was first saved to Pinterest's computer network:

3      a.    JPEG image signature 8a424455458bbbdf7207eb15017e990d was first saved to

4            Pinterest's computer network on November 17, 2015.

5      b.    JPEG image signature 79eef3e566d00f0d4cac6a397a4dda89 was first saved to

6            Pinterest's computer network on July 3, 2016.

7      c.    JPEG image signature e0de9e82750a87f5c5c72d8c63c15db0 was first saved to

8            Pinterest's computer network on December 2, 2014.

9      37.    Upon receipt of the June 4 Spreadsheet, Pinterest disabled from public access all

10  of the Pins that Mr. Davis specifically identified in the spreadsheet, as well as all other then-

11  existing Pins that were served by the same JPEG files as the specifically-identified Pins. As a

12  result, I believe that all of the Pins that Mr. Davis has claimed infringe his copyrights in this case

13  have been disabled from public access via Pinterest.

14      38.    Based on a review of Pinterest's business records that are regularly kept in the

15  regular course of business, I can confirm that each Pin and image file at issue in this lawsuit

16  carries a user-identification entry indicating that it was uploaded to the service by a Pinterest

17  user.

18      I declare under penalty of perjury under the laws for the United States that the foregoing

19  is true and correct. Executed this 4th day of November 2021, at Lafayette, California.

20                          _/s/ Henry Lien_____
                            Henry Lien
21

22

23                      **ATTORNEY ATTESTATION**

24      I am the ECF User whose ID and password are being used to file this Declaration. In

25  compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of

26  the document has been obtained from the other signatory.

27                      By:  _/s/ David H. Kramer_
                            David H. Kramer
28

# EXHIBIT 1

Declaration of Henry Lien in Support of
Pinterest's Motion for Summary Judgment

<u>Skip to main content</u>



Policy

## Header navigation - actions

Open menu

- **Terms**
- **Privacy**
- **Community**
- **Merchant**
- **Advertising**
- **Developers**
- **Copyright**
- **Trademark**

- **Terms**
- **Privacy**
- **Community**
- **Merchant**
- **Advertising**
- **Developers**
- **Copyright**
- **Trademark**

# Terms of service
## Thank you for using Pinterest!

- These Terms of Service ("Terms") govern your access to and use of the Pinterest website, apps, APIs, and widgets ("Pinterest" or the "Service"). Please read these Terms carefully, and contact us if you have any questions. By accessing or using Pinterest, you agree to be bound by these Terms, our <u>Privacy Policy</u>, our <u>Cookies Policy</u> and our <u>Community Guidelines</u>.

**More simply put**
Every company has its terms. These are ours.

## 1. Our service

- Pinterest helps you discover and do what you love. To do that, we show you things we think will be relevant, interesting and personal to you based on your onsite and offsite activity. To

<u>https://policy.pinterest.com/en/terms-of-service</u>

PINTEREST - 0000011

provide our Service, we need to be able to identify you and your interests. Some of the things we show you are promoted by advertisers. As part of our service we try to ensure that even promoted content is relevant and interesting to you. You can identify promoted content because it will be clearly labelled.

**More simply put**
Pinterest helps you discover and do what you love. It's customized to you. We need to know what you like to make everything on Pinterest relevant to you.

## 2. Using Pinterest

## a. Who can use Pinterest

You may use Pinterest only if you can legally form a binding contract with Pinterest, and only in compliance with these Terms and all applicable laws. When you create your Pinterest account, you must provide us with accurate and complete information. You can't use Pinterest if it would be prohibited by U.S. sanctions. Any use or access by anyone under the age of 13 is not allowed. If you're based in the EEA, you may only use Pinterest if you are over the age at which you can provide consent to data processing under the laws of your country. Using Pinterest may include downloading software to your computer, phone, tablet, or other device. You agree that we may automatically update that software, and these Terms will apply to any updates.

## b. Our license to you

Subject to these Terms and our policies (including our **Community Guidelines**), we grant you a limited, non-exclusive, non-transferable, and revocable license to use our Service.

## c. Commercial use of Pinterest

If you want to use Pinterest for commercial purposes you must create a business account and agree to our **Business Terms of Service**. If you do open an account for a company, organization, or other entity, then "you" includes you and that entity, and you promise that you are authorized to grant all permissions and licenses provided in these Terms and bind the entity to these Terms, and that you agree to these Terms on the entity's behalf.

**More simply put**
You cannot use Pinterest if you're under 13 (or older in some countries). Also, if you are using Pinterest for work, you need to set up a business account.

## 3. Your content

https://policy.pinterest.com/en/terms-of-service

- ## a. Posting content

  Pinterest allows you to post content, including photos, comments, links, and other materials. Anything that you post or otherwise make available on Pinterest is referred to as "User Content." You retain all rights in, and are solely responsible for, the User Content you post to Pinterest.

  **More simply put**
  If you post your content on Pinterest, it still belongs to you.

- ## b. How Pinterest and other users can use your content

  You grant Pinterest and our users a non-exclusive, royalty-free, transferable, sublicensable, worldwide license to use, store, display, reproduce, save, modify, create derivative works, perform, and distribute your User Content on Pinterest solely for the purposes of operating, developing, providing, and using Pinterest. Nothing in these Terms restricts other legal rights Pinterest may have to User Content, for example under other licenses. We reserve the right to remove or modify User Content, or change the way it's used in Pinterest, for any reason. This includes User Content that we believe violates these Terms, our Community Guidelines, or any other policies.

  **More simply put**
  If you post your content on Pinterest, we can show it to people and others can save it. Don't post porn or spam or be a jerk to other people on Pinterest.

- ## c. How long we keep your content

  Following termination or deactivation of your account, or if you remove any User Content from Pinterest, we may keep your User Content for a reasonable period of time for backup, archival, or audit purposes. Pinterest and its users may retain and continue to use, store, display, reproduce, re-pin, modify, create derivative works, perform, and distribute any of your User Content that other users have stored or shared on Pinterest.

  **More simply put**
  If you choose to post content, you give us permission to use it to provide and improve Pinterest. Copies of content shared with others may remain even after you delete the content from your account.

- ## d. Feedback you provide

  https://policy.pinterest.com/en/terms-of-service

We value hearing from our users, and are always interested in learning about ways we can make Pinterest more awesome. If you choose to submit comments, ideas or feedback, you agree that we are free to use them without any restriction or compensation to you. By accepting your submission, Pinterest doesn't waive any rights to use similar or related feedback previously known to Pinterest, or developed by its employees, or obtained from sources other than you.

**More simply put**
We can use your suggestions to make Pinterest better.

## 4. Copyright policy

- Pinterest has adopted and implemented the Pinterest Copyright Policy in accordance with the Digital Millennium Copyright Act and other applicable copyright laws. For more information, please read our Copyright Policy.

**More simply put**
We respect copyrights. You should, too.

## 5. Security

- We care about the security of our users. While we work to protect the security of your content and account, Pinterest can't guarantee that unauthorized third parties won't be able to defeat our security measures. We ask that you keep your password secure. Please notify us immediately of any compromise or unauthorized use of your account.

**More simply put**
You can help us fight spammers by keeping these security tips in mind.

## 6. Third party links, sites, and services

- Pinterest may contain links to third party websites, advertisers, services, special offers, or other events or activities that are not owned or controlled by Pinterest. We don't endorse or assume any responsibility for any such third party sites, information, materials, products, or services. If you access any third party website, service, or content from Pinterest, you do so at your own risk and you agree that Pinterest has no liability arising from your use of or access to any third party website, service, or content.

**More simply put**
Pinterest has links to content off of Pinterest. Most of that stuff is awesome, but we're not responsible when it's not.

https://policy.pinterest.com/en/terms-of-service

# 7. Termination

- Pinterest may terminate or suspend your right to access or use Pinterest for any reason on appropriate notice. We may terminate or suspend your access immediately and without notice if we have a good reason, including any violation of our Community Guidelines. Upon termination, you continue to be bound by Sections 3 and 8 of these Terms.

  **More simply put**
  Pinterest is provided to you for free. We reserve the right to refuse service to anyone, but we will provide appropriate notice.

# 8. Indemnity

- If you use Pinterest for commercial purposes (i.e., you are not a consumer) without agreeing to our Business Terms as required by Section 2(c) of these Terms, you agree to indemnify and hold harmless Pinterest Inc, Pinterest Europe Ltd, their affiliates and their respective officers, directors, employees and agents, from and against any claims, suits, proceedings, disputes, demands, liabilities, damages, losses, costs and expenses, including, without limitation, reasonable legal and accounting fees (including costs of defense of claims, suits or proceedings brought by third parties), in any way related to your access to or use of our Service, your User Content, or your breach of any of these Terms.

  **More simply put**
  If we are sued because of something your business does on Pinterest, you have to pay our costs. Also, you should have created a business account and agreed to our Business Terms in the first place.

# 9. Disclaimers

- Our Service and all content on Pinterest is provided on an "as is" basis without warranty of any kind, whether express or implied.

  Pinterest specifically disclaims any and all warranties and conditions of merchantability, fitness for a particular purpose, and non-infringement, and any warranties arising out of course of dealing or usage of trade.

  Pinterest takes no responsibility and assumes no liability for any User Content that you or any other person or third party posts or sends using our Service. You understand and agree that you may be exposed to User Content that's inaccurate, objectionable, inappropriate for children, or otherwise unsuited to your purpose.

https://policy.pinterest.com/en/terms-of-service

If you're a consumer in the EEA, we don't exclude or limit any liability for gross negligence, intent, or death or personal injury caused by our negligence or willful misconduct.

**More simply put**
Unfortunately, people post bad stuff on services like Pinterest. We take that kind of thing seriously but you still might run into it before we have a chance to take it down. If you see bad stuff, please report it to us <u>here</u>.

## 10. Limitation of liability

- TO THE MAXIMUM EXTENT PERMITTED BY LAW, PINTEREST SHALL NOT BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, OR ANY LOSS OF PROFITS OR REVENUES, WHETHER INCURRED DIRECTLY OR INDIRECTLY, OR ANY LOSS OF DATA, USE, GOODWILL, OR OTHER INTANGIBLE LOSSES, RESULTING FROM (A) YOUR ACCESS TO OR USE OF OR INABILITY TO ACCESS OR USE THE SERVICE; (B) ANY CONDUCT OR CONTENT OF ANY THIRD PARTY ON THE SERVICE, INCLUDING WITHOUT LIMITATION, ANY DEFAMATORY, OFFENSIVE OR ILLEGAL CONDUCT OF OTHER USERS OR THIRD PARTIES; OR (C) UNAUTHORIZED ACCESS, USE OR ALTERATION OF YOUR TRANSMISSIONS OR CONTENT. IN NO EVENT SHALL PINTEREST'S AGGREGATE LIABILITY FOR ALL CLAIMS RELATING TO THE SERVICE EXCEED ONE HUNDRED U.S. DOLLARS (U.S. $100.00).

If we cause damage to you and you're a consumer in the EEA, the above doesn't apply. Instead, Pinterest's liability will be limited to foreseeable damages arising due to a breach of material contractual obligations typical for this type of contract. Pinterest isn't liable for damages that result from a non-material breach of any other applicable duty of care. This limitation of liability won't apply to any statutory liability that cannot be limited, to liability for death or personal injury caused by our negligence or willful misconduct, or if and to exclude our responsibility for something we have specifically promised to you.

**More simply put**
We are building the best service we can for you but we can't promise it will be perfect. We're not liable for various things. If you think we are, let's try to work it out like adults.

## 11. Arbitration

- For any dispute you have with Pinterest, you agree to first contact us and try to resolve the dispute with us informally. If we need to contact you, we will do so at the email address on your Pinterest account. If Pinterest hasn't been able to resolve the dispute with you informally, we each agree to resolve any claim, dispute, or controversy (excluding claims for injunctive or

https://policy.pinterest.com/en/terms-of-service

other equitable relief) arising out of or in connection with or relating to these Terms through binding arbitration or (for qualifying claims) in small claims court.

Arbitration is a more informal way to resolve our disagreements than a lawsuit in court. For instance, arbitration uses a neutral arbitrator instead of a judge or jury, involves more limited discovery, and is subject to very limited review by courts. Although the process is more informal, arbitrators can award the same damages and relief that a court can award. You agree that, by agreeing to these Terms of Service, the U.S. Federal Arbitration Act governs the interpretation and enforcement of this provision, and that you and Pinterest are each waiving the right to a trial by jury or to participate in a class action. The arbitrator has exclusive authority to resolve any dispute relating to the interpretation, applicability, or enforceability of this binding arbitration agreement. This arbitration provision shall survive termination of this Agreement and the termination of your Pinterest account.

Any arbitration will be administered by the American Arbitration Association ("AAA") under the Consumer Arbitration Rules then in effect for the AAA, except as provided herein. You can find their forms at www.adr.org. Unless you and Pinterest agree otherwise, the arbitration will be conducted in the county (or parish) where you reside. Each party will be responsible for paying any AAA filing, administrative and arbitrator fees in accordance with AAA Rules, except that Pinterest will pay for your reasonable filing, administrative, and arbitrator fees if your claim for damages does not exceed $75,000 and is non-frivolous (as measured by the standards set forth in Federal Rule of Civil Procedure 11(b)). If your claim is for $10,000 or less, we agree that you may choose whether the arbitration will be conducted solely on the basis of documents submitted to the arbitrator, through a telephonic hearing, or by an in-person hearing as established by the AAA Rules. If your claim exceeds $10,000, the right to a hearing will be determined by the AAA Rules. Regardless of the manner in which the arbitration is conducted, the arbitrator shall issue a reasoned written decision explaining the essential findings and conclusions on which the award is based, and any judgment on the award rendered by the arbitrator may be entered in any court of competent jurisdiction. Nothing in this Section shall prevent either party from seeking injunctive or other equitable relief from the courts, including for matters related to data security, intellectual property or unauthorized access to the Service. ALL CLAIMS MUST BE BROUGHT IN THE PARTIES' INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING, AND, UNLESS WE AGREE OTHERWISE, THE ARBITRATOR MAY NOT CONSOLIDATE MORE THAN ONE PERSON'S CLAIMS. YOU AGREE THAT, BY ENTERING INTO THESE TERMS, YOU AND PINTEREST ARE EACH WAIVING THE RIGHT TO A TRIAL BY JURY OR TO PARTICIPATE IN A CLASS ACTION.

NOTHING IN THESE TERMS OF SERVICE SHALL AFFECT ANY NON-WAIVABLE STATUTORY RIGHTS THAT APPLY TO YOU. To the extent any claim, dispute or controversy regarding Pinterest or our Service isn't arbitrable under applicable laws or otherwise: you and Pinterest both agree that any claim or dispute regarding Pinterest will be resolved exclusively in accordance with Section 12 of these Terms.

https://policy.pinterest.com/en/terms-of-service

If you're a consumer in the EEA, Section 11 doesn't apply to you.

## 12. Governing law and jurisdiction

- These Terms shall be governed by the laws of the State of California, without respect to its conflict of laws principles. If you are not a consumer in the EEA, the exclusive place of jurisdiction for all disputes arising from or in connection with this agreement is San Francisco County, California, or the United States District Court for the Northern District of California and our dispute will be determined under California law.

  If you are a consumer in the EEA, this won't deprive you of any protection you have under the law of the country where you live and access to the courts in that country.

  **More simply put**
  The Bay Area is beautiful this time of year. It doesn't matter what time of year it is, that's what's so great! Anyway, you'll have to sue us here.

  In the EEA, this applies if you're a merchant, but not if you're a consumer. If you are a consumer in the EEA, you can sue us in your home courts.

## 13. General terms

## Notification procedures and changes to these Terms

We reserve the right to determine the form and means of providing notifications to you, and you agree to receive legal notices electronically if that's what we decide. We may revise these Terms from time to time and the most current version will always be posted on our website. If a revision, in our discretion, is material, we'll notify you. By continuing to access or use Pinterest after revisions become effective, you agree to be bound by the new Terms. If you don't agree to the new terms, please stop using Pinterest.

**More simply put**
If we're making a big change to the terms, we'll let you know. If you don't like the new terms, please stop using Pinterest.

## Assignment

https://policy.pinterest.com/en/terms-of-service

These Terms, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by Pinterest without restriction. Any attempted transfer or assignment in violation hereof shall be null and void.

If you're a consumer in the EEA, either you or Pinterest may assign this agreement, and any rights and licences granted under it, to a third party. In case of such an assignment by Pinterest, you are entitled to terminate the agreement with immediate effect by deactivating your account. Pinterest will provide you with reasonable notice of any such assignment.

## Entire agreement/severability

These Terms, together with the Privacy Policy and any amendments and any additional agreements you may enter into with Pinterest shall constitute the entire agreement between you and Pinterest concerning the Service. If any provision of these Terms is deemed invalid, then that provision will be limited or eliminated to the minimum extent necessary, and the remaining provisions of these Terms will remain in full force and effect.

## No waiver

No waiver of any term of these Terms shall be deemed a further or continuing waiver of such term or any other term, and Pinterest's failure to assert any right or provision under these Terms shall not constitute a waiver of such right or provision.

## Parties

If you live in the United States, these Terms are a contract between you and Pinterest Inc., 651 Brannan Street, San Francisco, CA 94103. If you live outside the United States, these Terms are a contract between you and Pinterest Europe Ltd., an Irish company with its registered office at Palmerston House, 2nd Floor, Fenian Street, Dublin 2, Ireland.

**More simply put**
Who you deal with depends on where you live.

- Effective May 1, 2018

- **Pinterest is <u>using cookies</u> to help give you the best experience we can.**

  Got it!

<u>Skip Footer Menu</u>

<u>https://policy.pinterest.com/en/terms-of-service</u>

PINTEREST - 0000019



Select language    English (US)

**About us**

- Impressum

- What's Pinterest

- Our Pinterest page

- Engineering blog

- Brand guidelines

- Careers

- Help Center

- Pinterest Labs

**Our policies**

- Copyright &

  o trademark
- Personalized ads

- Terms of service

- Privacy &

  o cookies

**More info**

- For businesses

- For developers

https://policy.pinterest.com/en/terms-of-service

PINTEREST - 0000020

- <u>For press</u>
- <u>For investors</u>

  End of Footer

  © Pinterest 2021

<u>https://policy.pinterest.com/en/terms-of-service</u>

# EXHIBIT 2

Declaration of Henry Lien in Support of
Pinterest's Motion for Summary Judgment

# Community guidelines

## Our mission

Pinterest's mission is to bring everyone the inspiration to create a life they love. That being said, not all content is inspiring - so we have community guidelines to outline what we do and don't allow on Pinterest. These guidelines are our acceptable use policy, so if you find content that shouldn't be on Pinterest, please report it to us ↗. We use your reports to learn and evolve our standards, and work with subject matter experts to inform and update our guidelines.

## Content safety

Pinterest isn't a place for antagonistic, explicit, false or misleading, harmful, hateful, or violent content or behavior. We may remove, limit, or block the distribution of such content and the accounts, individuals, groups and domains that create or spread it based on how much harm it poses.

We're committed to presenting you with clear and transparent expectations that are easy to understand and follow. If you have questions or encounter problems on Pinterest, please contact us ↗.

## Adult content

Pinterest isn't a place for pornography. We limit the distribution of or remove mature and explicit content, including:

- Fetish imagery
- Vivid sexual descriptions
- Graphic depictions of sexual activity
- Images of nudity where the poses, camera angles, or props suggest pornographic intent

We do our best to to differentiate between pornography and other mature content. For example, you can save content about sexual health, breastfeeding, mastectomies, art, education and well-being with adult nudity given the non-pornographic context, but we may limit its distribution so people don't run into it accidentally.

## Exploitation

Pinterest isn't a place for exploitation of people or animals. We'll remove or limit the distribution of content and accounts involved in practices that risk harm to people or animals, including sexual, physical, or financial exploitation. That includes:

- Sexualization or sexual exploitation of minors, like grooming, sexual remarks or inappropriate imagery. If we find it, we'll report it to relevant authorities such as the National Center for Missing and Exploited Children.

- Non-consensual images, meaning images of a private or sexual nature obtained or published without consent. This includes revenge porn and up-skirt images.

- Adult sexual services that may involve sexual or physical exploitation or trafficking, like sex cams and escort services.

- Human trafficking, slavery, servitude and forced or compulsory labor.

- Other illegal commercial exploitation, like trading in organs or products made from human remains or body parts.

- The sale of wild animals or protected and endangered wildlife. For a full list of prohibited wildlife products, please visit our partner, the World Wildlife Fund.

- Corpses, animal parts or products derived from cat or dog parts, or protected and endangered wildlife, including ivory.

- Irresponsible and harmful animal tourism or otherwise exploitative practices like organized animal fighting.


## Hateful activities

Pinterest isn't a place for hateful content or the people and groups that promote hateful activities. We limit the distribution of or remove such content and accounts, including:

- Slurs or negative stereotypes, caricatures and generalizations

- Support for hate groups and people promoting hateful activities, prejudice and conspiracy theories

- Condoning or trivializing violence because of a victim's membership in a vulnerable or protected group

- Support for white supremacy, limiting women's rights and other discriminatory ideas

- Hate-based conspiracy theories and misinformation, like Holocaust denial

 Policy

- Denial of an individual's gender identity or sexual orientation, and support for conversion therapy and related programs
- Attacks on individuals including public figures based on their membership in a vulnerable or protected group
- Mocking or attacking the beliefs, sacred symbols, movements, or institutions of the protected or vulnerable groups identified below

Protected and vulnerable groups include: People grouped together based on their actual or perceived race, color, caste, ethnicity, immigration status, national origin, religion or faith, sex or gender identity, sexual orientation, disability or medical condition. It also includes people who are grouped together based on lower socio-economic status, age, weight or size, pregnancy or veteran status.

## Misinformation

Pinterest isn't a place for misinformation, disinformation, mal-information or the individuals or groups spreading or creating it. We remove or limit distribution of false or misleading content that may harm Pinners' or the public's well-being, safety or trust, including:

- Medically unsupported health claims that risk public health and safety, including the promotion of false cures, anti-vaccination advice, or misinformation about public health or safety emergencies
- False or misleading content about individuals or protected groups that promotes fear, hate or prejudice
- False or misleading content that encourages turning individuals, groups of people, places or organizations into targets of harassment or physical violence
- Conspiracy theories
- Content that originates from disinformation campaigns
- Factual information that's published or deliberately modified to erode trust or inflict harm, such as changing or omitting of context, date or time
- Fabricated or meaningfully manipulated visual or audio content that erodes trust or causes harm

**Civic participation misinformation:**
- False or misleading content that impedes an election's integrity or an individual's or group's civic participation, including registering to vote, voting and being counted in a census
- False or misleading information about the dates, times, locations and procedure for voting or census participation

 Policy

- Content that misleads voters about how to correctly fill-out and submit a ballot, including a mail-in ballot, or census form
- False or misleading information about who can vote or participate in the census and what information must be provided to participate
- False or misleading statements about who is collecting information and/or how it will be used
- False or misleading information about public safety that is intended to deter people from exercising their right to vote or participate in a census
- Content that encourages or instructs voters or participants to misrepresent themselves or illegally participate
- Content apparently intended to delegitimize election results on the basis of false or misleading claims
- Threats against voting locations, census or voting personnel, voters or census participants, including intimidation of vulnerable or protected group voters or participants

## Harassment and criticism

Pinterest isn't a place to insult, hurt or antagonize individuals or groups of people. There are good reasons to express criticism, but we may limit the distribution of or remove insulting content to keep Pinterest a positive, inspiring place; this includes:

- Manipulated images intended to degrade or shame
- Shaming people for their bodies or assumed sexual or romantic history
- Sexual remarks about people's bodies and solicitations or offers of sexual acts
- Criticisms involving name-calling, profanity and other insulting language or imagery
- Mocking someone for experiencing sadness, grief, loss or outrage

We've also put together some resources [↗] for you to protect yourself.

## Private information

We don't allow content that reveals personal or sensitive information. We remove:

 Policy

- Personal ID and passport information

- Private contact information and addresses

- Online login information (usernames and passwords)

- Photos of private people that they don't want posted online

- Personal financial or medical history

If you come across unwanted photos of or information about you, you can reach out to us through our Help Center ↗. You'll find an option for exposed private information under "Report a policy violation."

## Self-injury and harmful behavior

Pinterest isn't a place for content that displays, rationalizes or encourages suicide, self-injury, eating disorders or substance abuse. We'll limit the distribution of or remove such content, including:

- Self-harm instructions

- Suicidal thinking and quotes

- Graphic or otherwise triggering imagery or descriptions of self-harm

- Promotion of self-harm

- Mocking of people who self-harm or who have attempted or died by suicide

- Images of accessories used to self-harm

- Negative self-talk and insensitive humor about self-harming behavior

- Suicide pacts, challenges and hoaxes

If you or someone you know is struggling with suicidal thoughts or is considering hurting themselves, we have resources ↗ in our Help Center where you can get free, confidential and immediate support.

## Graphic Violence and Threats

Pinterest isn't a place for graphic violence or threatening language. We limit the distribution of or remove such content, including:

- Content that shows the use of violence

- Disturbing scenes from before or after violent events

- Threats or language that glorifies violence

 Policy

In a few cases, we allow the saving of disturbing images dedicated to remembrance and advocacy, but limit distribution of such content in public parts of the platform.

## Violent actors

Pinterest isn't a place for violent content, groups or individuals. We limit the distribution of or remove content and accounts that encourage, praise, promote, or provide aid to dangerous actors or groups and their activities. This includes:

- Extremists
- Terrorist organizations
- Gangs and other criminal organizations

We work with industry, government and security experts to help us identify these groups.

## Dangerous goods and activities

Pinterest isn't a place for trading or selling of certain regulated goods— products or substances that can cause harm when used, altered or manufactured irresponsibly—or for the display or encouragement of dangerous activities. We limit the distribution of or remove such content and accounts, including:

- Individuals and unlicensed retailers offering to sell, purchase or trade alcohol, tobacco, drugs and weapons, including firearms and accessories, firearm parts or attachments, or ammunition
- Content from or about unverified, unapproved or rogue online pharmacies
- Offers, attempts, or instructions to bypass purchasing laws and regulation
- Instructions for creating lethal or toxic substances
- Instructions for creating lethal weapons, like bombs or grenades, including 3d printed weapons
- Commercial sales of marijuana, marijuana products and paraphernalia
- Commercial sales of certain weapons and attachments
- Harmful pranks or challenges that risk imminent physical harm or extreme emotional distress, especially if showing or encouraging the participation of minors

 Policy 

## Harmful or Deceptive Products & Practices

Pinterest isn't a place for practices and products that may be harmful or deceptive. We limit the distribution of or remove such content and accounts, including, but not limited to:

- Instructions and products for hacking or breaching security measures
- Online gambling and lotteries
- Counterfeit documents
- Privacy violating products or services
- Exploitative financial practices

## Impersonation

We don't allow accounts that impersonate or misrepresent their affiliation with any person or organization. If you have a fan or commentary account for a public figure or brand, make it clear through your username or Pinterest profile that you aren't officially affiliated with them.

## Comments

All of our Community Guidelines apply in comments posted on Pins. In addition, comments should be relevant. We may remove comments that violate our guidelines, including those that contain:

- Irrelevant or non-purposeful material
- Spam
- Sexuallly explicit content
- Self-harm content
- Misinformation
- Hateful activities
- Harassment or privacy violations
- Copyright or trademark infringement

 **Policy**                                                                                

## Intellectual property and other rights

To respect the rights of people on and off Pinterest, please:

- Don't infringe anyone's intellectual property, privacy or other rights.
- Don't do anything or post any content that violates laws or regulations.
- Don't use Pinterest's name, logo or trademark in a way that confuses people (check out our brand guidelines for more details).

## Site security and access

To protect the Pinterest platform, we ask that you please:

- Don't access, use or tamper with our systems or our technical providers' systems.
- Don't break or circumvent our security measures or test the vulnerability of our systems or networks, except as part of an authorized Pinterest bug bounty program.
- Don't use any undocumented or unsupported method to access, search, scrape, download or change any part of Pinterest.
- Don't try to reverse engineer our software.
- Don't try to interfere with people on Pinterest or our hosts or networks, like sending a virus, overloading, spamming or mail-bombing.
- Don't collect or store personally identifiable information from Pinterest or people on Pinterest without permission.
- Don't share your password, let anyone access your account or do anything that might put your account at risk.
- Don't attempt to buy or sell access to your account, boards, or usernames, or otherwise transfer account features for compensation.

 Policy

You can't use Pinterest if it would be prohibited by <u>US sanctions</u>. Personal accounts and business accounts are currently not available in North Korea. Business accounts are currently not available in Crimea, Cuba, Iran, North Korea or Syria.

## Spam

We want the inspiration and ideas on Pinterest to be high-quality and useful, so we remove spam when we find it. We ask that you be considerate of others' experiences on Pinterest and don't spread spam or engage in spammy behavior.

Our guidelines around spam are:

- Don't use automation that hasn't been explicitly approved by Pinterest. This includes unauthorized services that automatically perform actions on your behalf. You can find information on approved partner tools on our <u>Partners website</u>.
- Don't create or operate accounts that aren't authentic, create accounts en masse, or create new accounts for the purpose of violating these guidelines.
- Don't create or save content that is repetitive, deceptive, or irrelevant in an attempt to make money. To learn how to make great Pins, you can always refer to our <u>creative best practices</u>.
- In general, don't attempt to make money from Pinners or Pinner web traffic in ways that are misleading, detract from the Pinner experience, or don't add value for Pinners.
- Don't link to websites that are unsafe, deceptive, untrustworthy, unoriginal, or that facilitate or encourage spam. Websites should have original content that adds unique value for Pinners.
- Don't send repeated, unsolicited messages, especially if your messages are commercial or deceptive in nature.
- Don't make repetitive or irrelevant comments. Comments should be authentic and original. We also ask that you be kind to others by keeping your commentary respectful and constructive.
- Don't operate multiple accounts or coordinate with other people with the purpose of manipulating the Pinterest platform.

 Policy

- Don't use any other unscrupulous tactics to attempt to improperly influence distribution, clicks, or other metrics, including: buying or selling engagement, "stuffing" irrelevant keywords, generating inauthentic traffic, or redirecting existing Pins to new destinations.

- Don't attempt to evade our anti-spam systems. For example, don't use redirection to attempt to link to a site that is not permitted on Pinterest.
    - With respect to redirection, we encourage you to follow a "no surprises" principle — Pinners should be able to reasonably anticipate where your link will take them. Links that exhibit excessive or deceptive redirection, as well as shortener services that are abused for spam, may be blocked.

## Paid Partnership guidelines

## What is a Paid Partnership?

We define a Paid Partnership as any sponsored or branded content on Pinterest that features or is influenced by a business partner for an exchange of value, such as if a business partner has paid or otherwise incentivized a user to save the content.

## What are the Guidelines?

All Paid Partnerships must disclose the commercial nature of their content. In addition to abiding by the Community Guidelines, users that participate in Paid Partnerships are responsible for complying with:

- All applicable laws and regulations, including but not limited to, all advertising laws and Federal Trade Commission regulations including the FTC's Endorsement Guidelines.

- All applicable disclosures required to indicate the commercial nature of your content (such as the use of #ad to indicate that your content is a Paid Partnership).

- Paid Partnerships must adhere to our Advertising guidelines, including the Prohibited and Restricted content guidelines.

To prevent inauthentic content and behavior:

 Policy

- Make sure you're posting relevant content to relevant boards.
- Keep the content of your posts high-quality and avoid spammy behavior.
- Save content you have an authentic interest in.

Don't incentivize or pay people to distribute content in large volumes, in spammy ways or for each Pin they save.

- For example, a business can't pay people for each board they follow or Pin they save. It's okay for a business to pay a guest blogger to curate a board for their brand or through pay-per-click payment structures (such as affiliate links), but they can't pay large groups of people to save specific Pins to artificially inflate the popularity of their content.

## Affiliate guidelines

Affiliate links help content creators measure the impact of their contributions and get paid for the work that they do to bring inspiring content to Pinners. However, affiliate programs can be targeted by spammers trying to make money by abusing the program and manipulating the Pinterest platform.

Our guidelines for affiliates are:

- Always follow our Paid Partnership Guidelines.
- In general, you should operate only one Pinterest account. That account should be your authentic presence on Pinterest.
- Affiliate content should be original and add unique value for Pinners.
- Be transparent about the commercial nature of your content and about your links and their behavior. Some shortener services are not currently supported on Pinterest - if your Pin's link is blocked, you can edit it.
- Don't try to artificially manipulate Pinterest algorithms or Pinner traffic. Some examples of prohibited behavior include:
  - Using fake accounts to create or save your affiliate links.
  - Asking other users to save your affiliate Pins in a quid pro quo.



- Asking other users to create Pins with links that include your affiliate identifier.
- Creating affiliate Pins repetitively or in large volumes - marketers should follow our spam policy and use affiliate links in moderation

We may remove, limit or block the distribution of content or accounts that violate our Affiliate Guidelines. If you have questions or encounter problems on Pinterest, you can contact us.

## Contest guidelines

- Don't require people to save a specific image. Give people the ability to choose Pins based on their tastes and preferences, even if it's from a selection or a given website.
- Don't allow more than one entry per person.
- Don't suggest that Pinterest sponsors or endorses you or the promotion.
- Do review our brand guidelines for general rules about using the Pinterest brand.

Lastly, be sure to follow all relevant laws and regulations.



**Pinterest**

English (US)

**About us**

What's Pinterest

Our Pinterest page

Engineering blog

Brand guidelines

Careers

Help Center

**Our policies**

Copyright & trademark

Personalized ads

Terms of service

Privacy & cookies

**More info**

 Policy 

For investors

© Pinterest 2021

# EXHIBIT 3

Declaration of Henry Lien in Support of
Pinterest's Motion for Summary Judgment

<u>Skip to main content</u>



Help Center

# Header navigation

## Header navigation - actions

- 

## Header navigation - anonymous

Open menu

---

- **Log in**
- **Pinterest home**

# Copyright

Copyright provides a set of exclusive rights for the creators of original works of authorship (ex: books, music, or art). This often includes the right to reproduce the work, display or perform it publicly, distribute it, and create derivative works, and other rights that may vary by country. Generally, copyright doesn't protect facts and ideas, but it does protect the original words or images that express an idea.

You can find more information about copyright law at the <u>U.S. Copyright Office website</u> or the <u>World Intellectual Property Organization website</u>.

### Copyright ownership

Copyrights are generally owned by whoever creates the work of expression. In some cases, the owner may be someone else if the work was created by an employee or contractor. The original owner can also transfer ownership of the copyright to others.

Note that owning or possessing a physical work doesn't necessarily mean that you own the copyright in that work. For example, if you buy a collection of old photographs, that doesn't necessarily mean you own the copyright in those images (though you may).

### Copyright infringement

https://help.pinterest.com/en/article/copyright

PINTEREST - 0000038

If you believe that your copyrights are being infringed and you'd like to have content removed, visit our copyright page to submit a copyright removal notice to us. You can submit a request to us by using our web form, or provide notice by any other means specified in the Digital Millennium Copyright Act, as explained.

When you submit a request, make sure that the information provided is true and accurate. Knowingly submitting false infringement notices can result in liability for damages under section 512(f) of the DMCA or similar laws in other countries.

## Copyright removal requests

Only the owner of a copyright (or an authorized agent acting on their behalf) can submit a copyright removal request. Before submitting a copyright removal request, you should consider whether you are the copyright owner of that content.

## Copyright removal requests for photos of you

If you're in a photo that someone else took, that doesn't necessarily mean that you're the copyright owner of that photo. Only the owner of a copyright (or an authorized agent acting on their behalf) can submit a copyright removal request. If there is a photo of you that you'd like removed, you might want to consider submitting a privacy complaint by writing in to us.

## Trademark claim policies

Copyrights and trademarks are two different types of intellectual property. Trademark protects things like brand names and logos from being used in a way that might cause confusion about the source of goods or services in commerce. To learn more about our trademark policies and report content that infringes your trademark, please visit our trademark page.

## Counter-notices

If you believe one of your Pins was removed in error, you have the option to file a counter-notice by following the steps on our copyright page. For more information about counter notices and specific instructions on how to file one, please visit our copyright page.

## Using images on Pinterest

Except in unusual cases, Pinterest is not the copyright holder in the images that users pin on the site. Where necessary, you should get permission to use an image from its copyright owner.

Skip Other articles Links

PINTEREST - 0000039

- **<u>Account privacyData privacySafetyLegal</u><u>Age requirements for using Pinterest</u>**
  - <u>Content rights management</u>
  - <u>Copyright</u>
  - <u>See more</u>
  - <u>Law enforcement guidelines</u>
  - <u>Combating online child exploitation</u>
  - <u>Platform to Business regulation</u>
  - <u>Terms of Service that apply to federal agencies using Pinterest</u>

End of Other articles Links

**Still need help?**



Contact us

User feedback

**Was this article helpful?**

happy      sad

**collection_fields**

**How can we make this article better?**

Submit

Leave this field blank

- **Pinterest is <u>using cookies</u> to help give you the best experience we can.**

  Got it!

<u>Skip Footer Menu</u>



Select language      English (US)

**About us**

- Impressum

- What's Pinterest

- Our Pinterest page

- Engineering blog

- Brand guidelines

- Careers

- Help Center

- Pinterest Labs

  **Our policies**

- Copyright &

o trademark
- Personalized ads

- Terms of service

- Privacy &

o cookies

  **More info**

- For businesses

- For developers

- For press

- For investors

  End of Footer

© Pinterest 2021

https://help.pinterest.com/en/article/copyright

PINTEREST - 0000041

PINTEREST - 0000042

# EXHIBIT 4

Declaration of Henry Lien in Support of
Pinterest's Motion for Summary Judgment

 Policy 

# Copyright

## Copyright on Pinterest

Pinterest respects the intellectual property rights of others and we expect people on Pinterest to do the same. It's our policy—in appropriate circumstances and at our discretion—to disable or terminate the accounts of people who repeatedly infringe or are repeatedly charged with infringing copyrights or other intellectual property rights.

In keeping with the Digital Millennium Copyright Act, which you can read at the US Copyright Office website, we'll respond quickly to claims of copyright infringement on Pinterest that are reported to our designated copyright agent, identified below.

If you're a copyright owner or authorized to act on behalf of one, you can report alleged copyright infringements on Pinterest by completing the DMCA Notice of Alleged Infringement and sending it to our designated copyright agent.

When we get your DMCA notice, we'll take whatever action we think is appropriate, which may include removing the reported content from Pinterest.

If we remove content in response to a DMCA notice, we may notify the person who saved it on Pinterest so they have the opportunity to send a counter-notice. We may also send a complete copy of the notice to others, as appropriate.

PINTEREST - 0001074

# Submit a copyright complaint

To submit a DMCA notice, just fill out our copyright complaint form.

**Fill out copyright complaint form**

If you'd prefer not to use this form, please send the following information to our designated copyright agent:

1.  Identify the copyrighted work you believe has been infringed. If you're reporting multiple copyrighted works, you can provide a representative list of those copyrighted works.

2.  Identify the content on Pinterest you claim to be infringing your rights, including the information we need to help us find it, like the URL to the page on Pinterest.

3.  Provide your mailing address, phone number and email address.

4.  Include both of these statements in the body of your notice:

    -   "I hereby state that I have a good faith belief that the disputed use of the copyrighted material or reference or link to such material is not authorized by the copyright owner, its agent, or the law (for example, as a fair use)."

    -   "I hereby state that the information in this notice is accurate and, under penalty of perjury, that I'm the owner, or authorized to act on behalf of the owner of the copyright or of an exclusive right under the copyright that's allegedly infringed."

5.  Include your full legal name and your electronic or physical signature (for example, by typing your full name).

PINTEREST - 0001075

If the work you're reporting is an image, you can ask us to remove all copies of the image. At the beginning of your notice, just ask us to "remove all Pins that contain the image." Please note that we can only remove identical copies of an image—if an image file has been resized or altered, we won't be able to find or remove it.

Send your completed DMCA notice to:

Pinterest Copyright Agent
651 Brannan Street
San Francisco, CA 94107-1532
Fax: +1 415 762 7100
Email: copyright@pinterest.com

Note: This email address should only be used for copyright complaints. If you need to get in touch with us for any other reason, please visit our Help Center.

# What if I get a copyright complaint (DMCA) notification?

If you've gotten a notification that one of your Pins has been removed for a copyright complaint, it means the content owner asked us to remove it. If you want us to forward the information from the copyright complaint notification, just email us at copyright@pinterest.com to let us know (we may remove some personal contact information).

If your account gets too many copyright complaints, you could lose the ability to save Pins on Pinterest, or we may disable your account altogether.

If you think we made a mistake removing your Pin, you can file a counter-notice. When we get a valid counter-notice, we'll remove the complaint from your account's record.

Note: There are legal and financial consequences for fraudulent or bad faith counter-notices. Before submitting a counter-notice, make sure you have a good faith belief that we removed the content in error, and that you understand the repercussions of submitting a false claim.

PINTEREST - 0001076

# How to file a counter-notice

If your content is removed as the result of a copyright takedown notice, you'll receive instructions about how to file a counter-notice in the email notification we send you. Please note that you should only submit a counter-notice if you believe that the content was removed because of a mistake or misidentification.

When we receive a valid counter-notice, we'll remove the complaint from your account's record. If you asked us to reinstate the content that was removed, we will forward your counter-notice to the party that reported that content. The information they receive will include your contact information, which they may use to contact you directly.

If we provide your counter-notice to the party that reported the content, and they do not notify us that they have filed a court action seeking an order to keep the content down, we will reinstate the content. This process can take up to 14 business days.

# Content Claiming Portal

Pinterest also offers the Content Claiming Portal, a tool that enables creators to claim their content and decide if and how it appears on Pinterest.

Anyone who owns exclusive copyright to content can apply for access to the Content Claiming Portal. We'll review those applications to see if the rights holder is a good fit for the tool. If a rights holder's application is approved, they'll be able to upload their original content and tell us whether they want the content to appear on Pinterest or not. Their selected enforcement will apply to both existing matches and future matches added to Pinterest.

To learn more, visit our Content Claiming Portal article.

PINTEREST - 0001077



PINTEREST - 0001078

# EXHIBIT 5

Declaration of Henry Lien in Support of
Pinterest's Motion for Summary Judgment

# Copyright Infringement Notification

**Use this form to identify content on Pinterest that you want removed based on alleged infringement of your copyrights.**

# Contact Information
**(For person reporting content)**

Full Legal Name

Company Name
> Your Company Name

Contact Number
> 555-555-5555

Email Address

**Address**

Street
> 123 Main St.

City
> San Francisco

State
> CA

Zip Code
> 94110

**Country/Region**

> United States ⌄

# Identify Your Work

Please describe your work. Note that the appearance of yourself in a photo does not necessarily constitute copyright infringement. If you believe that your privacy rights are being violated, please [submit a request to our safety team](submit a request to our safety team)

**Choose which of the work below you are claiming**

> An image ⌄

**Please tell us where we can see your work on your own website**

> e.g. http://

**Please provide a detailed description of your work and provide as much information as possible**

> Please provide a detailed description of your work and provide as much information as possible



PINTEREST - 0000008

Remove Item     Add Another

# Identify the material you want removed

Identify the allegedly infringing material on Pinterest

https://www.pinterest.com/pin/12345/

Please provide the full URL to each individual Pin or web result you would like removed, e.g. https://www.pinterest.com/pin/12345/. Limit: 100 per request.

 **Remove All**

More info...

If the work you identified is an image, by checking remove all, you can ask Pinterest to remove all copies of the image identified in your request. Please note that only identical copies of the image file can be removed by this function. If an image file has been re-sized or altered in any other way, then it cannot be detected or removed through this function.

 **Strike**

More info...

Pinterest enforces a repeat infringer policy that may result in the termination of users who acquire multiple strikes as a result of copyright complaints. Pinterest recognizes that some copyright owners may not want their takedown notices to result in the assignment of a strike.

By checking this box, you are asking Pinterest to assign a strike against the user who posted the image you identified in the URL above.

Remove Item     Add Another

# By checking the following boxes, I confirm:

☐ The information in this notice is accurate.

☐ I have a good faith belief that the disputed use of the copyrighted material is not authorized by the copyright owner, its agent, or the law (e.g., as a fair use).

☐ I state under penalty of perjury that I am the owner, or authorized to act on behalf of the owner, of the copyright or of an exclusive right under the copyright that is allegedly infringed.

# Typing your full legal name in this box acts as your electronic signature

**Your Name**

Your Name

**Submit**

# EXHIBIT 6

Declaration of Henry Lien in Support of
Pinterest's Motion for Summary Judgment

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

**CONFIDENTIAL -- DO NOT DISTRIBUTE EXTERNALLY**

# Pinterest Repeat Infringer Policy

*Last updated 7/23/2020*

## Background

Pinterest provides an online service that helps its users express themselves, discover new things, and engage with the people who create them. The overwhelming majority of activity on Pinterest is welcomed by copyright holders as it provides them substantial benefits in the form of increased exposure and referral traffic. At the same time, Pinterest recognizes that some copyright owners may not want their content to appear on Pinterest and may believe the presence of their content on Pinterest infringes their copyrights. For those instances, Pinterest provides an easy-to-use online form that allows copyright owners to report alleged infringement in the manner specified by Section 512 of the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512, and a variety of other tools to help copyright owners control their content.

## Policy

Pursuant to Section 512(i), Pinterest has adopted the following policy regarding users who are accused of copyright infringement pursuant to valid DMCA notices, or users who are otherwise found to infringe copyrights, on a repeated basis:

It is Pinterest's policy, in appropriate circumstances and at its discretion, to disable and/or terminate the accounts of users who repeatedly infringe or are repeatedly charged with infringing the copyrights or other intellectual property rights of others. Specifically:

1. **First notice:** Pinterest will notify a user whose activity on the service is the subject of a valid DMCA notice, or finding of infringement. The user will then have the opportunity to submit a counter notification under Section 512(g) of the DMCA. If the user does not submit a counter notification, or otherwise contest the allegation of infringement on a good faith and proper legal basis, then a "strike" will be assessed against the user unless the reporter indicated that they do not want a strike applied.

1



**Exhibit 00057**

**CONFIDENTIAL -- DO NOT DISTRIBUTE EXTERNALLY**

2. **Second notice:** If, ████████████████████████ a user who has already been assessed a strike becomes the subject of another valid DMCA notice or finding of infringement, the user will receive notification of the alleged infringement, or finding of infringement, and a warning that specifies the consequences of further complaints. The user will once again have the opportunity to submit a counter notification under the DMCA. If the user does not submit a counter notification, or otherwise contest the allegation of infringement on a good faith and proper legal basis, then a second strike will be assessed against the user unless the reporter indicated that they do not want a strike applied.

3. **Third notice:** If, ██████████████████████████ a user who has already been assessed two strikes becomes the subject of another valid DMCA notice or finding of infringement, the user will receive notification of the alleged infringement, or finding of infringement, and a warning that specifies the consequences of further complaints. The user will once again have the opportunity to submit a counter notification under the DMCA. If the user does not submit a counter notification, or otherwise contest the allegation of infringement on a good faith and proper legal basis, then a third "strike" will be assessed against the user-- unless the reporter indicated that they do not want a strike applied--and the user's account will be frozen for 14 days.

4. **Fourth notice:** If, ████████████████████████ a user who has already been assessed three strikes becomes the subject of another valid DMCA notice or finding of infringement that triggers a strike, the user will receive notification of the alleged infringement, or finding of infringement. The user's account will be frozen indefinitely, and the user will be required to respond to the alleged infringement and explain why the user should be allowed to continue using the site. If the user fails to submit a response within 14 days, the user's account will be terminated and all of the user's Pins will be removed. If the user submits the required response, Pinterest will assess the user's overall activity on the site, and determine whether it is appropriate to terminate the user's account and remove all of the user's Pins, or take other action against the user as appropriate under the circumstances.

5. ████████████████████████████████████
████████████████████████████████████
████████████████

2

**CONFIDENTIAL -- DO NOT DISTRIBUTE EXTERNALLY**

6. <u>Responsible Enterprises Policy</u>**:** A subset of Pinterest users are Responsible Enterprises that provide large-scale feeds of images for the Pinterest platform, and exercise appropriate care and diligence regarding the copyrights of others. For example, some retailers may provide their full product catalog, including images appropriately licensed from their suppliers, to Pinterest in the form of product Pins. These Responsible Enterprises respect the copyrights of others and typically either 1) create their own content or acquire or license their images at a large-scale from suppliers and other sources, or 2) collect their images via user-generated content in a way that is subject to the protections of Section 512 of the DMCA. They also have legal departments that are responsive to notices of infringement and often have their own internal processes for addressing notices of alleged infringement and for investigating potential licensing issues.

Because of the scale at which these Responsible Enterprises operate on Pinterest and the measures they implement internally to protect third-party copyrights, we do not believe it is appropriate to apply the same repeat infringer policy to these entities that we apply to other Pinterest users. For example, a Responsible Enterprise that receives 3 strikes over the course of a year but has 2 million Pins should not be treated the same as a user who has received 3 strikes out of 100 Pins. Thus, upon receipt of a notice of alleged infringement directed to a Responsible Enterprise, Pinterest may follow an alternative repeat infringer policy whereby it will:

    a. Review the takedown notice, and remove the content at issue if the notice appears to be complete/facially valid

    b. Send the Responsible Enterprise an automatic notification alerting them that they have a pending strike, and that they have 7 days to take action before that strike is applied to their account

    c. Require that, within 7 days, the Responsible Enterprise either submits a counter-notice or files an appeal

        i. If they submit a counter-notice or appeal, the pending strike is removed and will not be applied to their account

    d. If they do not take one of those steps, Pinterest will follow the policy laid out in paragraphs 1-5 above for that particular DMCA notice.

3

**CONFIDENTIAL -- DO NOT DISTRIBUTE EXTERNALLY**

If a user classified as a Responsible Enterprise experiences a persistent, material increase in the volume of notices received relating to its account, that user will no longer qualify as a Responsible Enterprise unless it can demonstrate both that 1) it has addressed whatever issues led to the increase in volume of notices, and 2) the volume of complaints has returned to prior levels.

7. **Willful or bad faith infringement:** In addition to the above, it is Pinterest's policy to terminate the account of a user in appropriate circumstances, at its discretion and without warning, where it determines a user's infringement is willful, or otherwise committed in bad faith. Such termination may occur where a user's infringement is connected to fraud or other illegal or dishonest conduct, where a user commits willful infringement for financial gain, or where a user makes an intentional attempt to evade any measure employed by Pinterest help copyright owners control their content.

Highly Confidential - Attorneys' Eyes Only                PINTEREST - 0001040