UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAUREEN HARRINGTON, as the representative of the Estate of Blaine Harrington III, and HAROLD DAVIS, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PINTEREST, INC.,<br><br>Defendant. | CASE NO.: 5:20-cv-05290-EJD<br><br>[PROPOSED] ORDER GRANTING DEFENDANT PINTEREST, INC.'S REQUEST TO SEAL CONFIDENTIAL INFORMATION<br><br>Judge: Hon Edward J. Davila |

Pursuant to Civil Local Rules 7-11 and 79-5, and after consideration of Plaintiff's Administrative Motion to File Under Seal; the Declaration of Andrew T. Kramer in Support of Defendant Pinterest, Inc.'s Requests to Seal Confidential Information; and the Declaration of Henry Lien in Support of Pinterest's Administrative Motion to Seal, filed in *Davis v. Pinterest, Inc.*, No. 4:19-cv-07650-HSG (N.D. Cal.) ("*Davis*") as ECF No. 170, the Court hereby finds that compelling reasons exist to seal certain portions of Plaintiff's Opposition to Pinterest's Motion for Summary Judgment and Exhibits 1 and 6 to the Declaration of Michael R. Reese. Accordingly, the following portions of the listed documents shall remain under seal:

| Docket No. Public/(Sealed) | Document | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| Dkt. No. __ / (Dkt. No. __) | Plaintiff's Opposition to Pinterest's Motion for Summary Judgment | Redacted portions of 3:19-27; 4:7 | Lien Declaration in Support of Sealing (*Davis*, ECF No. 170) ¶ 10 | GRANTED |
| Dkt. No. __ / (Dkt. No. __) | Exhibit 1 to the Declaration of Michael R. Reese | Redacted portions of 81:7-13 | Lien Declaration in Support of Sealing (*Davis*, ECF No. 170) ¶ 4 | GRANTED |
| Dkt. No. __ / (Dkt. No. __) | Exhibit 6 to the Declaration of Michael R. Reese | Redacted portions of PINTEREST-0002348 to PINTEREST-0002353 | Lien Declaration in Support of Sealing (*Davis*, ECF No. 170) ¶ 10 | GRANTED |

IT IS HEREBY ORDERED that the above materials shall remain under seal.

**IT IS SO ORDERED.**

Dated: 10/1/2025

HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE